FILED

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0585

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHARLES GEOFFREY SANTORO,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's Motion to Transfer Transcripts, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Transfer Transcripts is GRANTED. The Office of the Clerk of the Montana Supreme Court is directed to transfer from DA 17-0454 to DA 21-0585 the transcripts marked to indicate the following proceedings: 8-4-16 Motions Hearing, 8-8-16 through 8-11-16 Jury Trial, and 5-26-17 Sentencing Hearing.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2023